

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

SCREENED
USMS

Clerk's Office
U. S. District Court
Room 502
595 Main Street
Worcester, MA 01608-2076

05-1441-05

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10