UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 4:05CR40031-FDS |
| v.  ) | VIOLATION: |
| ) | 21 U.S.C. § 841(c)(1) |
| KEITH GOODHUE ) | Possession of Listed |
| ) | Chemicals With Intent to |
| ) | Manufacture |
| ) | Methamphetamine |

**INFORMATION**

COUNT ONE:  (21 U.S.C. §841(c)(1) - Possession of Listed
            Chemicals With Intent To Manufacture Methamphetamine)

The United States Attorney charges that:

On or about November 11, 2003 at Webster, in the District of Massachusetts,

**KEITH GOODHUE,**

defendant herein, knowingly and intentionally possessed ephedrine, pseudoephedrine, red phosphorous, and iodine, listed chemicals as defined in Title 21, United States Code, Section 802, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

All in violation of Title 21, United States Code, Section 841(c)(1).

MICHAEL J. SULLIVAN
United States Attorney

By: _____
    PAUL G. CASEY
    Assistant U.S. Attorney

≡JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: <u>Webster</u>   Category No. <u>II</u>   Investigating Agency <u>DEA</u>

City <u>Webster</u>   Related Case Information:

County <u>Worcester</u>   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   <u>05-1666-CBS</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Keith Goodhue</u>   Juvenile ☐ Yes ☒ No

Alias Name _____

Address <u>4 Goodness Street, Webster, MA</u>

Birth date (Year only): <u>1974</u>   SSN (last 4 #): _____   Sex <u>M</u>   Race: <u>Caucasian</u>   Nationality: <u>U.S. citizen</u>

Defense Counsel if known: <u>Benjamin Entine</u>   Address: <u>77 Franklin Street</u>
<u>Boston, Ma 02210</u>

Bar Number: _____

**U.S. Attorney Information:**

AUSA <u>Paul G. Casey</u>   Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by <u>U.S.C.M.J. Swartwood</u>  on  <u>6-08-05</u>

Charging Document: ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6-22-05   Signature of AUSA: _/s/ Paul C. Casey_

⬩JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(c)(1) | possession of listed chemicals with intent to | 1 |
| Set 2 | _____ | manufacture methamphetamine | _____ |
| Set 3 | _____ | _____ | _____ |
| Set 4 | _____ | _____ | _____ |
| Set 5 | _____ | _____ | _____ |
| Set 6 | _____ | _____ | _____ |
| Set 7 | _____ | _____ | _____ |
| Set 8 | _____ | _____ | _____ |
| Set 9 | _____ | _____ | _____ |
| Set 10 | _____ | _____ | _____ |
| Set 11 | _____ | _____ | _____ |
| Set 12 | _____ | _____ | _____ |
| Set 13 | _____ | _____ | _____ |
| Set 14 | _____ | _____ | _____ |
| Set 15 | _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**