Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-40031-FDS |
| ) | |
| KEITH GOODHUE ) | |

## WAIVER OF INDICTMENT

I, KEITH GOODHUE, the above-named defendant, who is accused of unlawful possession of listed chemicals with intent to manufacture methamphetamine, a Schedule II controlled substance, on November 11, 2003, in violation of 21 U.S.C. §841(c)(1), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on July 27, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer