UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-40031-FDS |
| ) | |
| KEITH GOODHUE ) | |

## MOTION TO CONTINUE SENTENCING HEARING

NOW COMES counsel for the Defendant, Keith Goodhue, and requests this Honorable Court to Continue the Sentencing Hearing scheduled for October 21, 2005.

For reasons counsel states that on October 12, 2005 counsel underwent emergency surgery and is scheduled for a post-operative follow-up on October 21, 2005. Counsel requests a continuance of a date of November 1, 2005 or a date following November 10, 2005 or a date convenient for the Court and all parties.

WHEREFORE, counsel requests a Continuance of the Sentencing Hearing scheduled for October 12, 2005. Assistant United States Attorney, Paul Casey, has assented to this motion.

Respectfully submitted,

October 14, 2005

/s/ Benjamin D. Entine, Esq.
77 Franklin Street, 3rd Floor
Boston, MA 02110
617-357-0770
BBO# 558533