UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEITH GOODHUE )<br>_____) | CRIMINAL NO. 05-40031-FDS |

## MOTION FOR DOWNWARD DEPARTURE FROM THE UNITED STATES SENTENICNG GUIDELINES IN THEIR ADVISORY CAPACITY

Defendant submits that exceptional personal circumstances attendant to his case represent mitigating factors "not adequately taken into consideration by the Sentencing Commission in formulating the guidelines that should result in a sentence different from that described", pursuant to §5K2.0 U.S.S.G.

Defendant is the father of two small children, ages four and seven, from his marriage to Susan Goodhue. Mr. and Mrs. Goodhue maintain a loving but episodically troubled relationship substantially impacted by codependency in substance abuse and addictions. In spite of this both parents maintain a loving relationship with their children. While Mr. Goodhue has been substantially impaired both by illness and by substance abuse, he appears to be significantly healthier than his wife. It was Mrs. Goodhue's stroke and cerebral hemorrhage, quite possibly drug related, which precipitated the circumstances of this case. Upon realizing how ill she was Mr. Goodhue called EMS and cooperated fully in what became a criminal investigation, in order to determine (or eliminate) what substances Mrs. Goodhue might have ingested. His cooperation and the subsequent search of their premises lead to this prosecution.

Mrs. Goodhue remains quite fragile physically and, apparently, in denial about her need for follow-up medical treatment and treatment for substance abuse. The family

resides along with her mother, in a residence owned by her mother, who is herself a cancer patient. Mr. Goodhue remains the only individual available to care for the children, in order to facilitate the possibility of legitimate income through Mrs. Goodhue's employment.

Nevertheless, Mr. Goodhue suffers from chronic, debilitating illnesses, including injuries to his spine "Valvular Aortic Stinosis" [PSR paragraph 79, resulting in nerve damage around his heart which was unreported to the probation officer by Mr. Goodhue]. He additionally failed to report that he suffers from Multiple Sclerosis leading to the "gait unsteadiness, pain in his limbs, painful arms and legs, parathesias, episodes of incontinence and low-back pain." Mr. Goodhue is unsteady on his feet and substantially at risk of significant injury, during the course of extended incarceration.

In spite of all physical limitations, illnesses and addictions experienced by both members of the Goodhue family, Mr. Goodhue took upon himself all responsibility for drug related activities in their home when it became necessary to take those steps available to him to save Mrs. Goodhue's life.

For all of the afore-mentioned reasons defendant requests a downward departure from the guideline range's advisory capacity prescribed for the instant offense pursuant to the provisions of §5K2.0 United States Sentencing Guidelines.

Respectfully submitted,

November 14, 2005

/s/ Benjamin D. Entine, Esq.
77 Franklin Street, 3rd Floor
Boston, MA 02110
617-357-0770
BBO# 558533