UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO. 05-40031-FDS |
| | ) |
| KEITH GOODHUE | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO SUPPLEMENT RECORD**

The United States of America, by Paul G. Casey, Assistant United States Attorney, respectfully submits this Motion for Leave to Supplement Record in connection with the sentencing of Defendant Keith Goodhue, currently scheduled for November 21, 2005. On November 14, 2005, Defendant filed a motion for downward departure alleging in part that he suffers from multiple sclerosis and valvular aortic stinosis and other illnesses. Upon receipt of the motion, the government contacted Bureau of Prisons Health Services staff, sent the defendant's motion for downward departure, and requested a letter indicating whether or not the Bureau of Prisons could provide appropriate care for Defendant Goodhue. The attachment ("Exhibit 1") is a letter from Health Systems Administrator Barbara J. Cadogan, outlining the capabilities and medical services offered by the BOP, and BOP's experience in treating inmates suffering from multiple sclerosis and other illnesses.

The government would respectfully ask that the court consider the attached letter and memorandum with the arguments

1

previously filed with the court and deny the defendant's motion for a downward departure.

>Respectfully submitted,
>
>Michael J. Sullivan
>United States Attorney
>
>By: /s/ Paul G. Casey
>Paul G. Casey
>Assistant U.S. Attorney

November 18, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this 18th day of November, 2005, served upon the person listed below a copy of the foregoing document by facsimile:

>Benjamin D. Entine, Esq.
>77 Franklin Street, Third Floor
>Boston, MA 02210

/s/ Paul G. Casey
Paul G. Casey
Assistant U.S. Attorney

2



U.S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

VIA FAX

U.S. Custom House
2nd & Chestnut Streets - 7th Floor
Philadelphia, PA. 19106

November 17, 2005

Paul G. Casey, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office for the
    District of Massachusetts
595 Main Street
Worcester, MA 01608

Re:    United States v. Keith Goodhue
       Cr No. 05-40031-FDS

Dear Mr. Casey:

Thank you for your recent inquiry concerning the Federal Bureau of Prisons (BOP) ability to provide adequate health care for federal prisoners with significant, acute or chronic medical conditions. Specifically, you have asked whether, based on the available information, the BOP can provide the necessary and appropriate care for Mr. Goodhue should he be incarcerated in a federal correctional facility.

I am only aware of Mr. Goodhue's medical condition as described by the document you provided this office, namely, Motion for Downward Departure from the United States Sentencing Guidelines in their Advisory Capacity. The aforementioned document suggests that Mr. Goodhue has been diagnosed with Multiple Sclerosis and Valvular Aortic Stenosis. No medical records or expert reports were provided which would detail the severity of either medical condition and whether the defendant is able to perform daily functions of living.

If committed to the custody of the BOP, Mr. Goodhue may be reviewed for designation by the Bureau of Prisons Office of Medical Designations. At that time, a determination would be made based on information in the Presentence Report and the Judgment and Commitment Order as to the appropriate facility, either a medical referral center or a general population

EXHIBIT "1"

Paul A. Casey, Esquire
Assistant U.S. Attorney
November 17, 2005
Page Two

institution, in which to designate Mr. Goodhue. Upon his arrival, Health Services staff would review available records and examine Mr. Goodhue to determine a proper course of treatment for his medical condition.

I am aware of the capabilities and medical services offered by the BOP. The BOP has the physicians, staff, expert community consultant staff and facilities to provide for most medical conditions, at both medical referral centers and general population institutions. These institutions utilize local community specialists to provide needed speciality care for the patients. In addition, the BOP has a well-established formulary which includes numerous medications for the treatment of most medical needs.

Based on recent data obtained, the Bureau of Prisons houses 95 inmates who have been diagnosed with and are being treated for Multiple Sclerosis. Although I have not been provided any detailed information about Mr. Goodhue's condition, I am aware that some the current multiple sclerosis inmates have a quite severe condition and are being properly treated.

Based on the limited information provided to me concerning Mr. Goodhue's medical condition and treatment and my knowledge of BOP's medical resources, the BOP will be able to provide appropriate care for Mr. Goodhue.

For your convenience, I have attached a general outline to explain how the Bureau designates prisoners with medical illnesses and to describe the medical services available within the Bureau. If I can offer any further information in this matter, please do not hesitate to contact me.

Sincerely,

Barbara J. Cadogan
Health Systems Administrator

## OUTLINE OF MEDICAL DESIGNATION AND SERVICES PROCEDURES

The Federal Bureau of Prisons currently houses approximately 170,000 inmates. The Bureau's Health Services Division administers the Office of Medical Designations and Transportation (OMDT) which is responsible for the timely and efficient designation and movement of inmates with health care needs. OMDT reviews the designations of approximately 12,500 inmates per year who have acute, chronic, terminal, and resolved medical illnesses. The BOP provides essential medical, dental, and mental health services to inmates by professional staff consistent with acceptable community standards.

To accommodate the hospitalization needs of our inmate population, the Bureau of Prisons has seven in-patient Medical Referral Centers that have approximately 2,311 in-patient/chronic care beds which address the spectrum of inmate health care needs consistent with the community standard of medical care. Additionally, we have an in-patient Psychiatric Referral Center which has 1,060 in-patient/chronic care beds for inmates with psychiatric illnesses that require hospitalization. All of the Bureau's seven Medical Referral Centers are accredited by the Joint Commission on Accreditation for Health Care Organizations (JCAHO) which sets the medical, surgical, and psychiatric standards for hospitals nationwide. All of the Bureau of Prisons' non-medical institutions are JCAHO-accredited for ambulatory care.

Each non-medical federal prison is staffed by physicians, dentists and other health care providers such as physician assistants/nurse practitioners, nurses, pharmacists, and laboratory and x-ray personnel. Additionally, our institutions make use of consultants in the local communities to provide medical specialty care to the inmate population. Our institutions routinely care for inmates with moderate and severe illnesses such as hypertension, diabetes mellitus, thyroid disorders, arteriosclerotic heart disease, post heart attack and stroke patients, pacemaker patients, congestive heart failure patients, seizure disorders as well as patients with HIV infection, AIDS and psychiatric illness. Non-medical institutions additionally care for inmates requiring emergency medical and non-inpatient psychiatric care. In addition to medical and psychiatric resources available at Bureau of Prisons' institutions, the Bureau has extensive access to such resources in the community.

When OMDT is notified of a newly sentenced inmate, all documentation submitted to the office by the courts, federal prosecutors, and defense attorneys is reviewed and an appropriate

designation to one of our non-medical institutions or to one of our Medical Referral Centers is made. OMDT designates inmates to the institution that best matches the medical and psychiatric care needs of the inmate.

The BOP routinely cares for inmates with minor to severe psychiatric illness, HIV, AIDS, chronic illness, and infectious disease patients in both our general population institutions as well as our Medical Referral Centers consistent with the community standard of care. The BOP provides medical care to more than 58,643 inmates per year with chronic medical and psychiatric conditions. Currently, the BOP cares for approximately 969 HIV positive inmates and 636 inmates with AIDS.