UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-40031-FDS |
| ) | |
| KEITH GOODHUE ) | |
| _____ ) | |

## NOTICE OF APPEAL

NOW COMES the defendant, Keith Goodhue, by counsel, and files Notice of Appeal from his conviction, sentence, judgment, and commitment entered on November 21, 2005.

Respectfully submitted,

November 29, 2005

/s/Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558553