## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>KEITH GOODHUE )<br>) | CRIMINAL NO. 05-40031-FDS |

## MOTION FOR FUNDS FOR TRANSCRIPT

NOW COMES the defendant, Keith Goodhue, by counsel and moves this Honorable Court to grant Funds for a Transcript of the sentencing hearing.

Defendant's sentencing hearing was held on November 21, 2005 and counsel requests a copy of the transcript to use as an aid in appeal of defendant's sentence.

WHEREFORE defendant, by counsel requests funds not to exceed $175.00 for transcripts of the sentencing hearing which was held on November 21, 2005.

Respectfully submitted,

November 30, 2005

/s/Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558553