## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cr-40031

United States of America

v.

Keith Goodhue

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/29/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 5, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CRIMINAL DOCKET FOR CASE #: 4:05-cr-40031-FDS-ALL

Case title: USA v. Goodhue  
Magistrate judge case number: 4:05-mj-01666-CBS

Date Filed: 06/22/2005

Assigned to: Judge F. Dennis Saylor, IV

### Defendant

**Keith Goodhue** (1)  
*TERMINATED: 11/30/2005*

represented by **Benjamin D. Entine**  
Attorney at Law  
Suite 300  
77 Franklin Street  
Boston, MA 02110  
617-357-0770  
Fax: 617-357-1612  
Email: bejdphd@earthlink.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts

21:841(c)(1) Possession of Listed Chemicals with Intent to Manufacture Methamphetamine (1)

### Disposition

The defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 63 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term 3 years. It is further ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

21:841(c)(1) Knowingly and intentionally possess ephedrine, pseudoephedrine, red phosphorous and iodine with the intent to manufacture methamphetamine (21:841A=NP.F)

**Plaintiff**

USA                                    represented by   **Paul G. Casey**
                                                                         U.S. Attoneys Office
                                                                         Donohue Federal Building
                                                                         595 Main Street
                                                                         Suite #206
                                                                         Worcester, MA 01608-2093
                                                                         508-368-0100
                                                                         Fax: 508-756-7120
                                                                         Email: paul.casey@usdoj.gov
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2005 | 1 | COMPLAINT as to Keith Goodhue (1). (Roland, Lisa) Additional attachment(s) added on 5/26/2005 (Roland, Lisa). [4:05-mj-01666-CBS] (Entered: 05/26/2005) |
|  |  |  |

| | | |
|---|---|---|
| 05/26/2005 | 2 | AFFIDAVIT of Joseph P. Barrett re: 1 Complaint. (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 05/26/2005) |
| 06/01/2005 | | Attorney update in case as to Keith Goodhue. Attorney Benjamin D. Entine for Keith Goodhue added. (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/01/2005) |
| 06/01/2005 | | Set Hearings as to Keith Goodhue: Initial Appearance set for 6/8/2005 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/01/2005) |
| 06/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Keith Goodhue held on 6/8/2005. Case called, Counsel (Hodgens, Entine), PTS Cuascut & Defendant appear, Defendant informed of rights, charges & maximum penalties, Financial Affidavit filed, Government agrees to release, Defendant wavies Preliminary Examination and files waiver, Defendant released on conditions. (2:58 p.) (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/08/2005) |
| 06/08/2005 | 4 | Judge Charles B. Swartwood : ORDER Setting Conditions of Release for Kieth Goodhue. (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/08/2005) |
| 06/08/2005 | 5 | Unsecured Bond Entered as to Keith Goodhue in amount of $ 10,000.00. (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/08/2005) |
| 06/08/2005 | 6 | WAIVER of Rule 32.1 Hearings by Keith Goodhue (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/08/2005) |
| 06/08/2005 | 9 | Judge Charles B. Swartwood : CJA 20 as to Keith Goodhue: Appointment of Attorney Benjamin D. Entine for Keith Goodhue. (Roland, Lisa) (Entered: 06/23/2005) |
| 06/14/2005 | 7 | Return receipt received for mail sent to Keith Goodhue Delivered on 6/13/2005 (Roland, Lisa) [4:05-mj-01666-CBS] (Entered: 06/14/2005) |
| 06/22/2005 | 8 | INFORMATION (Felony) as to Keith Goodhue (1) count(s) 1. (Shattuck, Deborah) (Entered: 06/22/2005) |
| 07/07/2005 | | NOTICE OF HEARING: Set Hearings as to Keith Goodhue: Change of Plea Hearing set for Wednesday 7/27/2005 at 11:00AM in Courtroom 1 before Judge F. Dennis Saylor IV. |

| | | (Castles, Martin) (Entered: 07/07/2005) |
|---|---|---|
| 07/27/2005 | 10 | WAIVER OF INDICTMENT by Keith Goodhue. (Jones, Sherry) (Entered: 07/27/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Arraignment as to Keith Goodhue (1) Count 1 held on 7/27/2005, Change of Plea Hearing as to Keith Goodhue held on 7/27/2005, Initial Appearance as to Keith Goodhue held on 7/27/2005, Case called, Counsel and dft appear for Rule 11 hearing, Dft waives indictment, Dft changes plea of not-guilty and enters a plea of guilty to count 1, Plea entered by Keith Goodhue (1) Guilty Count 1. Dft remanded to the custody of the U.S. Marshal, Sentencing set for Friday 10/21/2005 at 1:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 07/27/2005) |
| 07/27/2005 | | Terminate Deadlines and Hearings as to Keith Goodhue. (Castles, Martin) (Entered: 07/27/2005) |
| 07/29/2005 | 13 | Judge F. Dennis Saylor IV: ORDER entered as to Keith Goodhue (Hassett, Kathy) (Entered: 08/04/2005) |
| 07/29/2005 | 14 | Judge F. Dennis Saylor IV: ORDER entered as to Keith Goodhue (Hassett, Kathy) (Entered: 08/04/2005) |
| 07/29/2005 | 15 | Judge F. Dennis Saylor IV: ORDER entered as to Keith Goodhue (Hassett, Kathy) (Entered: 08/04/2005) |
| 08/02/2005 | 11 | Judge F. Dennis Saylor IV: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Keith Goodhue Sentencing set for 10/21/2005 01:00 PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 08/02/2005) |
| 08/02/2005 | 12 | Judge F. Dennis Saylor IV: ORDER entered re: sentencing as to Keith Goodhue (Castles, Martin) (Entered: 08/02/2005) |
| 10/13/2005 | 16 | MOTION to Continue *Sentencing Hearing* as to Keith Goodhue. (Entine, Benjamin) (Entered: 10/13/2005) |
| 10/14/2005 | | Judge F. Dennis Saylor IV: ElectronicORDER entered granting 16 Motion to Continue as to Keith Goodhue (1). The Clerk shall set a new sentencing date prior to November 25, 2005, that is convenient to the court and to all parties. (Castles, Martin) (Entered: 10/14/2005) |

| | | |
|---|---|---|
| 10/14/2005 | | Reset Hearing as to Keith Goodhue: Sentencing reset for Monday 11/21/2005 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 10/14/2005) |
| 11/14/2005 | 17 | First MOTION for Downward Departure *from the Sentencing Guidelines* as to Keith Goodhue. (Entine, Benjamin) (Entered: 11/14/2005) |
| 11/16/2005 | 18 | SENTENCING MEMORANDUM by USA as to Keith Goodhue. (Jones, Sherry) (Entered: 11/16/2005) |
| 11/18/2005 | 19 | MOTION for Leave to File supplement record as to Keith Goodhue by USA, c/s. (Jones, Sherry) (Entered: 11/18/2005) |
| 11/21/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered in open courtgranting 19 Motion for Leave to File as to Keith Goodhue (1). (Castles, Martin) (Entered: 11/21/2005) |
| 11/21/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered in open courtdenying 17 Motion for downward departure as to Keith Goodhue (1). (Castles, Martin) (Entered: 11/21/2005) |
| 11/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV:Sentencing held on 11/21/2005 for Keith Goodhue (1), Count(s) 1, Case called, Counsel appear for disposition, The Court sentences the defendant as follows: The defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 63 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term 3 years. It is further ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 11/22/2005) |
| 11/29/2005 | 20 | NOTICE OF APPEAL by Keith Goodhue Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/19/2005. (Entine, Benjamin) (Entered: 11/29/2005) |
| 11/30/2005 | 21 | First MOTION for Authorization of Services or Funds *for* |

| | | |
|---|---|---|
| | | *Sentencing Transcript* as to Keith Goodhue. (Entine, Benjamin) (Entered: 11/30/2005) |
| 11/30/2005 | 22 | Judge F. Dennis Saylor IV: ORDER entered. JUDGMENT as to Keith Goodhue (1), Count(s) 1, The defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of 63 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term 3 years. It is further ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. (Castles, Martin) (Entered: 11/30/2005) |
| 11/30/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 21 Motion for Authorization of Services or Funds as to Keith Goodhue (1). (Castles, Martin) (Entered: 11/30/2005) |