# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2825

USDC Docket Number: 05-cr-40031FDS

UNITED STATES OF AMERICA

v.

KEITH GOODHUE

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

29

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/8/06.

Sarah A. Thornton, Clerk of Court

By: Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5-10-6 .

Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06