# United States Court of Appeals
## For the First Circuit

USDC-MA
05-40031

No. 05-2825

UNITED STATES OF AMERICA,

Appellee,

v.

KEITH GOODHUE,

Defendant, Appellant.

**JUDGMENT**

Entered: May 16, 2007

CERTIFIED C...
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 5/16/2007

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is vacated and the case is remanded to the district court for resentencing consistent with the opinion issued this day.

By the Court:

**RICHARD CUSHING DONOVAN**

Richard Cushing Donovan, Clerk

[Certified copies to Hon. F. Dennis Saylor and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Casey, Ms. Chaitowitz, Ms. Young, & Mr. Bussert.]