# United States Court of Appeals
## For the First Circuit

No. 05-2825



UNITED STATES OF AMERICA,

Appellee,

v.

KEITH GOODHUE,

Defendant, Appellant.

**JUDGMENT**

Entered: May 16, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is vacated and the case is remanded to the district court for resentencing consistent with the opinion issued this day.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUN 0 6 2007

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. F. Dennis Saylor and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Casey, Ms. Chaitowitz, Ms. Young, & Mr. Bussert.]