UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 4:05-cr-40031-FDS |
| ) | |
| KEITH GOODHUE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPEARANCE OF COUNSEL

Charles W. Rankin, a member of the bar of this Court, enters his appearance as counsel of record for Keith Goodhue, for the purpose of moving the admission *pro hac vice* of Todd A. Bussert as counsel for Mr. Goodhue.

Respectfully submitted,

/s/  Charles W. Rankin

---

CHARLES W. RANKIN, BBO No. 411780
RANKIN & SULTAN
151 Merrimac Street, 2d Floor
Boston, MA 02114-4717
 (617) 720-0011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2007, and to Todd Bussert, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229.

/s/ Charles W. Rankin

---

Charles W. Rankin