UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Docket No. 4:05-cr-40031-FDS |
| KEITH GOODHUE | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO ADMIT TODD BUSSERT, ESQ. PRO HAC VICE**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts. Charles W. Rankin moves for admission pro hac vice of Todd Bussert. In support of this request, movant states as follows:

1. Undersigned counsel is a member in good standing of the bar of this Court.

2. The United States Court of Appeals for the First Circuit appointed Mr. Bussert, who is a member of the First Circuit's Criminal Justice Act (CJA) panel, to represent Mr. Goodhue with respect to his direct appeal. First Circuit Docket No. 05-2825. As a result of the appeal, the above-captioned matter has remanded for re-sentencing, and, on information and belief, Mr. Goodhue has requested that Mr. Bussert be appointed to represent him with respect to that proceeding.

3. On information and belief, Mr. Bussert was admitted to practice in the State of Maryland in 1997, where he remains licensed in good standing. Additionally, on information and belief, Mr. Bussert is admitted to practice and a member in good standing in Connecticut and the District of Columbia; the United States Courts of Appeals for the First, Sixth and District of Columbia Circuits; and the United States District Courts for the Districts of Connecticut,

Maryland, the District of Columbia, and the Northern District of Florida. Prior to entering private practice, in 2001, Mr. Bussert worked for five years at the National Center on Institutions and Alternatives, providing sentencing and post-conviction services to criminal defendants and their attorneys. Mr. Bussert is a solo practitioner engaged principally in federal criminal defense representation, including as a member of the CJA panel for the District of Connecticut.

    4. A Certificate of Mr. Bussert, required by Local Rule 83.5.3, is filed herewith, as is an Appearance signed by undersigned counsel.

    WHEREFORE, it is requested that the Court admit *pro hac vice* Todd Bussert to represent Mr. Goohue with respect to his re-sentencing.

Respectfully submitted,

/s/ Charles W. Rankin

---

CHARLES W. RANKIN, BBO No. 411780
RANKIN & SULTAN
151 Merrimac Street, 2d Floor
Boston, MA 02114-4717
(617) 720-0011

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2007, and to Todd Bussert, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229.

/s/ Charles W. Rankin

---

Charles W. Rankin