IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Worchester)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 4:05-cr-40031-FDS |
| | ) | |
| KEITH GOODHUE | ) | August 13, 2007 |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE PURSUANT TO LOCAL RULE 83.5.3

An application for my admission to this Honorable Court pro hac vice being filed separately today by Attorney Charles W. Rankin, I, Todd Bussert, certify the following pursuant to Local Rule 83.5.3(b) and to the best of my knowledge and understanding:

(1) I am admitted to practice and a member in good standing in Maryland, Connecticut and the District of Columbia; in the United States Courts of Appeals for the First, Sixth and District of Columbia Circuits; and in the United States District Courts for the Districts of Connecticut, Maryland and the District of Columbia, and the Northern District of Florida.

(2) There are no disciplinary proceedings pending against me in any jurisdiction.

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

BY:   /s/ Todd Bussert
TODD A. BUSSERT, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

/s/ Charles W. Rankin

CHARLES W. RANKIN, BBO No. 411780
RANKIN & SULTAN
151 Merrimac Street, 2d Floor
Boston, MA 02114-4717
 (617) 720-0011


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2007, and to Todd Bussert, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229.


/s/ Charles W. Rankin

Charles W. Rankin