UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Docket No. 4:05-cr-40031-FDS |
| KEITH GOODHUE | ) | |
| Defendant. | ) | |

**MOTION TO BE EXCUSED FROM PAYING $50.00 FEE
FOR ADMISSION OF TODD A. BUSSERT *PRO HAC VICE***

The defendant Keith Goodhue, by his counsel, moves that he and his counsel be excused from paying the $50.00 fee for admission *pro hac vice* of Todd A. Bussert. In support of this motion, defendant states:

1.  The defendant is indigent. Counsel was appointed for him in the District Court and in the Court of Appeals. The defendant has requested that appointed appellate counsel, Todd A. Bussert, continue to represent him in the District Court. Mr. Bussert has agreed to do so, and has asked undersigned counsel to move his admission *pro hac vice*. Undersigned counsel is familiar with the high quality of Mr. Bussert's work and has moved his admission *pro hac vice*. In light of the fact that the defendant is indigent, and counsel will be appointed, it seems fair that the Court should waive the requirement that Mr. Bussert or the defendant pay the normal $50.00 fee for admission *pro hac vice*.

        Respectfully submitted
        The defendant Keith Goodhue
        By his counsel

        /s/  Charles W. Rankin

---

        Charles W. Rankin, BBO No. 411780
        Rankin & Sultan
        151 Merrimac Street, 2d Floor
        Boston, MA 02114-4717
        (617) 720-0011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2007, and to Todd Bussert, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229.

        /s/ Charles W. Rankin

---

        Charles W. Rankin