August 23, 2007

Honorable F. Dennis Saylor, IV
United States District Court Judge
Courtroom No. 2
595 Main Street
Worcester, MA  01608

RE: United States v. Keith Goodhue
Case No. 05-2825

Dear Judge Saylor:

    I write to Your Honor regarding a recent development and for the Court's assistance.

    As Your Honor is aware, I wrote to the Court on June 26, 2007, requesting appointment of counsel. I have enclosed for the Court's reference a copy of this letter.

    I have just been advised that as a result of being over-designated that the Bureau of Prisons is planning on moving me to a camp in Ohio. It is my understanding that my transfer will occur in the near future.

    In light of this recent development I am again reaching out to the Your Honor for assistance. It makes little sense for me to be moved to Ohio and then have to be transferred back to Massachusettes for my sentencing hearing.

    I would very much appreciate if Your Honor could be so kind to promptly appoint me counsel so that I can prepare for my re-sentencing and hopefully not be transferred to Ohio and then have to come back to appear before Your Honor.

    I thank Your Honor for your kind consideration of my request.

Respectfully yours,

Keith Goodhue
#80516-038
FCI Fairton
P.O. Box 420
Fairton, New Jersey 08320

cc: Paul Casey, AUSA

June 26, 2007

The Honorable F. Dennis Saylor, IV.
United States District Court
Courtroom No. 2
595 Main Street
Worcester, MA  01608

        RE:  United States v. Keith Goodhue
              Case No. 05-2825

Dear Judge Saylor:

    I was very excited to learn that on May 16, 2007, the appellate court granted my request to appear before Your Honor for resentencing. I look forward to having the opportunity to appear before Your Honor again.

    As Your Honor may know, the appellate court had granted my request for appointment of replacement counsel. I was appointed an attorney by the Court by the name of Todd A. Bussert. Mr. Bussert did a fantastic job on my behalf. We worked together well and he was not just intimately familiar with all aspects of my case but did an incredible job of expressing to the appellate court the relevant issues.

    It was my hope that Mr. Bussert would be able to appear on my behalf before Your Honor. I have complete confidence in his abilities and Your Honor's fairness in order to provide me with a fair sentencing proceeding. Mr. Bussert, however, has advised me that he was only appointed to replace Mr. Entine before the appellate court. This has been a big disappointment.

    On May 17, 2007, Mr. Bussert wrote to Mr. Entine and provided him with a copy of the First Circuit's opinion in this case. Mr. Entine did not write to me and I have not heard from him. When I heard nothing I asked my wife to contact him and he advised my wife that he had not read the opinion that Mr. Bussert had sent him. He told her to call him back and when she did he told her that he was conflicted and that I needed new counsel.

    I wanted to bring this matter to Your Honor's attention for I do not know how such matters are handled. I loved Mr. Bussert's performance and I am confused as to how he cannot represent me before this Court.

The Honorable F. Dennis Saylor, IV.
June 26, 2007
Page 2


As Your Honor may or may not recall I am currently incarcerated at FCI Fairton. I believe it would be far more effective to begin the planning with my replacement counsel for my anticipated appearance with Your Honor from FCI Fairton prior to my journey back to the local holding facility.

At this point I do not know who my attorney is for no one has contacted me. If Your Honor could be so kind to provide a copy of this letter to my new counsel so that he can contact me and we can begin preparing for my appearance before the Court.

I thank Your Honor for the Court's consideration of my request and I look forward to the privilege of appearing before Your Honor again.

Respectfully yours,

Keith Goodhue

cc: Paul Casey, AUSA