# UNITED STATES DISTRICT COURT

DISTRICT OF       MASSACHUSETTS

USA v. Keith Goodhue

**APPEARANCE**

Case Number:   05-CR- 40031-FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 29, 2007 | /s/ Christopher F. Bator |
| Date | Signature |
| | Christopher F. Bator        547641 |
| | Print Name                          Bar Number |
| | U.S. Attorneys Office |
| | Address |
| | Worcester           MA    01608 |
| | City                State        Zip Code |
| | 508-368-0104        508-756-7120 |
| | Phone Number                        Fax Number |