## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to:

FCI FAIRTON
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 420
FAIRTON, NJ 08320

**YOU ARE COMMANDED** to have the body of     Keith Goodhue

now in your custody, before the United States District Court for the District of Massachusetts,

United States Courthouse, Courtroom No. 2, on the 5th floor, Worcester, Massachusetts on

Wednesday   October 3, 2007 , at   3:00P.M.

for the purpose of     Re-sentencing

in the case of   UNITED STATES OF AMERICA V.     Keith Goodhue

CR Number    05-40031-FDS

And you are to retain the body of said    Keith Goodhue

while before said Court upon said day and upon such other days thereafter as his attendance before

said Court shall be necessary, and as soon as may be thereafter to return said   Keith Goodhue

to the institution from which he was taken, under safe and secure conduct, to be there imprisoned

as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there

this Writ with your doings herein.

Dated this    30th      day of   August,    2007.


/s/ F. Dennis Saylor IV
**UNITED STATES DISTRICT JUDGE**

                                                                           SARAH THORNTON, CLERK

                                                                           By: /s/ Martin Castles
                                        SEAL                                 Deputy Clerk