**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 4:05-cr-40031-FDS |
| ) | |
| KEITH GOODHUE ) | September 24, 2007 |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR DOWNWARD DEPARTURE**

Defendant Keith Goodhue, by and through undersigned counsel and for reasons set forth in his Memorandum in Aid of Re-Sentencing filed separately today, as well as any others that may be found appropriate and just, moves this Honorable Court to grant a downward departure from the range recommended by calculation of the Federal Sentencing Guidelines. See <u>Koon v. United States</u>, 518 U.S. 81 (1996); <u>United States v. Jiménez-Beltre</u>, 440 F.3d 514 (1st Cir.2006) (en banc).

                                        Respectfully submitted,


        BY:      /s/ Todd Bussert
                 TODD A. BUSSERT, CT24328
                 103 Whitney Avenue, Suite 4
                 New Haven, CT 06510-1229
                 (203) 495-9790; Fax: (203) 495-9795
                 tbussert@bussertlaw.com

                 Attorney for Keith Goodhue

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on September 24, 2007.

      /s/ Todd Bussert
Todd Bussert