IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 4:05-cr-40031-FDS |
| ) | |
| KEITH GOODHUE ) | September 24, 2007 |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR IMPOSITION OF A NON-GUIDELINES SENTENCE

Defendant Keith Goodhue, by and through undersigned counsel and for reasons set forth in his Memorandum in Aid of Re-Sentencing filed separately today, as well as any others that may be found appropriate and just, moves this Honorable Court to impose a non-Guidelines sentence, that is, one less than the range recommended by calculation of the federal Sentencing Guidelines. See United States v. Booker, 543 U.S. 220 (2005); United States v. Jiménez-Beltre, 440 F.3d 514 (1st Cir.2006) (en banc); 18 U.S.C. § 3553(a).

Respectfully submitted,

BY:     /s/ Todd Bussert
TODD A. BUSSERT, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

Attorney for Keith Goodhue

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on September 24, 2007.

           /s/ Todd Bussert
          Todd Bussert